IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARILYN RODGERS                                                                                    PLAINTIFF

vs.                                         Civil No. 4:11-cv-04102

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before this Court is Defendant's Motion to Reverse and Remand.  ECF No. 10.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 5.  Pursuant to this authority, this Court issues this Memorandum Opinion.

On March 26, 2012, Defendant filed the present Motion.  ECF No. 10.  Defendant seeks a remand pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further administrative proceedings.  *Id.*  Specifically, Defendant requests a remand to correct "errors in the administrative law judge's (ALJ's) decision."  *Id.*  Plaintiff has responded to this Motion and does not object to it.  ECF No. 11.  Accordingly, Defendant's Motion to Reverse and Remand (ECF No. 10) is **GRANTED.**  A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 4th day of April, 2012.**

                                                         s/  Barry A. Bryant                              
                                                         HON. BARRY A. BRYANT
                                                         U. S. MAGISTRATE JUDGE