IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARILYN RODGERS                                                                                    PLAINTIFF

vs.                                        Civil No. 4:11-cv-04102

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 4th day of April, 2012.**

                                                                /s/  Barry A. Bryant
                                                                HON. BARRY A. BRYANT
                                                                U. S. MAGISTRATE JUDGE